**No. 56062.**—New York Merchandise Co., Inc. *v.* United States, protest 161570–K (Los Angeles).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56063.**—A. N. Deringer, Inc. *v.* United States, protest 172389–K (Ogdensburg).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56064.**—Charmeur Products, Inc., et al. *v.* United States, protests 161433–K, etc. (New York).

Opinion by COLE, J. In accordance with stipulation of counsel that the merchandise consists of ammonium ichthosulfonate the same in all material respects as the commodity passed upon in *United States* v. *Kachurin Drug Company* (39 C. C. P. A. 36, C. A. D. 459), the claim of the plaintiffs was sustained.

**No. 56065.**—S. B. Penick & Co. *v.* United States, protest 149347–K (New York).

Opinion by COLE, J. In accordance with stipulation of counsel that the merchandise consists of chaulmoogra oil similar in all material respects to that the subject of *United States* v. *Magnus, Mabee & Reynard, Inc.* (39 C. C. P. A. 1, C. A. D. 455), the claim for free entry under paragraph 1669 was sustained.

**No. 56066.**—Burroughs Wellcome & Co., Inc. *v.* United States, protests 61061–K and 69401–K (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 56067.**—American Express Co. *v.* United States, protest 139870–K (Boston).

Opinion by COLE, J. The protest was dismissed.

**No. 56068.**—Tuck High & Co. *v.* United States, protest 165526–K (New York).

Opinion by COLE, J. The protest was dismissed.

**No. 56069.**—Simon Import Corp. *v.* United States, protest 158753–K (Tampa).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56070.**—New York Merchandise Co., Inc. *v.* United States, protest 161579–K (Los Angeles).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56071.**—Wald & Company v. United States, protest 167794–K (St. Louis).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, NOVEMBER 27, 1951

**No. 56072.**—R. W. Smith A/C Robert H. Ray Company v. United States, protests 136650–K, etc. (Galveston).

Opinion by LAWRENCE, J. It was stipulated that certain items of the merchandise consist of radar equipment the same in all material respects as that the subject of *United States* v. *United Geophysical Company* (38 C. C. P. A. 137, C. A. D. 451). Upon the agreed statement of facts and following the authority cited, the radar equipment and parts thereof were held dutiable as claimed.

**No. 56073.**—R. W. Smith A/C Robert H. Ray Company v. United States, protest 150017–K (Galveston).

Opinion by LAWRENCE, J. It was stipulated that certain items of the merchandise consist of radar equipment the same in all material respects as that the subject of *United States* v. *United Geophysical Company* (38 C. C. P. A. 137, C. A. D. 451). Upon the agreed statement of facts and following the authority cited, the radar equipment was held dutiable as claimed.

**No. 56074.**—Oxford University Press, N. Y., Inc. v. United States, protests 174826–K, etc. (New York).